IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:24-CR-131 |
| v. | False Material Statement |
| | 18 U.S.C. § 1001(a)(2) |
| THOMAS CHRISTIAN BERBERICH, | (Count One) |
| Defendant. | |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
(False Material Statement)

On or about April 7, 2023, in the Eastern District of Virginia, in a matter within the jurisdiction of the executive branch of the government of the United States, that is the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the defendant, THOMAS CHRISTIAN BERBERICH, did knowingly and willfully make a materially false, fictitious, and fraudulent statement to an ATF industry operations investigator ("IOI") who was conducting an inspection of Pamunkey River Guns, LLC, a licensed dealer of firearms owned and operated by BERBERICH, in that, in an email to the ATF IOI, BERBERICH stated that he sold a Stoeger Condor .410 caliber shotgun, bearing serial number J253176-10 on April 7, 2023, when in truth and fact, as the defendant knew, he did not sell the firearm on April 7, 2023.

(In violation of Title 18, United States Code, Section 1001(a)(2)).

JESSICA D. ABER
United States Attorney

By: *Jessica L. Wyatt*
Jessica L. Wright
Peter S. Duffey
Assistant United States Attorneys